**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-60562

_____

LA QUETTA M. GOLDEN,

Plaintiff-Appellant,

versus

CITY OF GULFPORT, ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi

(1:94-CV-409)

_____

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

This matter is before the court on appeal by La Quetta M. Golden of an

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

adverse summary judgment dismissing her Title VII, Equal Pay Act, racial and sexual discrimination and retaliatory discharge claims. Having considered the oral arguments, briefs of counsel, and pertinent parts of the record, and finding neither legal nor factual basis for any claim asserted by appellant, the judgment appealed is AFFIRMED at appellant's costs.